**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Jesus Garcia v. MTZ Trucking, Inc.

Appellate case number:     01-18-00733-CV

Trial court case number:    2015-55326

Trial court:                      113th District Court of Harris County

This Court's memorandum opinion and judgment in the above-referenced appeal issued on August 8, 2019. The August 8, 2019 memorandum opinion and judgment are withdrawn and the cause is reinstated on the Court's active docket. *See Univ. of Tex. Health Sci. Ctr. v. Gutierrez*, 237 S.W.3d 869, 870 (Tex. App.—Houston [1st Dist.] 2007, pet. denied) (withdrawing opinion and judgment sua sponte within Court's plenary power); *see also* TEX. R. APP. P. 19.1 ("Plenary Power of Courts of Appeals"). The June 12, 2019 submission date remains unchanged.

It is so ORDERED.

Judge's signature:      _____/s/ Julie Countiss_____
                                ☑ Acting individually    ☐ Acting for the Court


Date:  __August 13, 2019___